JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorney
Chief, Criminal Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443
     Facsimile: (213) 894-0141
     E-mail:    lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-00339-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S **UNOPPOSED** *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF LINDSEY GREER DOTSON |
| v. | |
| JESSE ALLEN LINDSEY, | |
| Defendant. | |

　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Lindsey Greer Dotson, hereby applies ex parte for an order that the Declaration of Lindsey Greer Dotson and exhibits referenced therein be filed and/or lodged under seal.

///
///
///

This <u>ex parte</u> application is based upon the attached declaration of Lindsey Greer Dotson.

Dated: February 13, 2025          Respectfully submitted,

                                           JOSEPH T. MCNALLY
                                           Acting United States Attorney

                                           */s/ Lindsey Greer Dotson*
                                           LINDSEY GREER DOTSON
                                           Assistant United States Attorney
                                           Chief, Criminal Division

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

**DECLARATION OF LINDSEY GREER DOTSON**

I, LINDSEY GREER DOTSON, declare as follows:

1. I am an Assistant United States Attorney. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. The government requests leave to file under seal the Declaration of Lindsey Greer Dotson ("Dotson Declaration") and exhibits referenced therein, which the government seeks to file and/or lodge in support of its sentencing position. Those exhibits (Exhibits A through F) consist of the victim impact statement, victim interview report, victim injury photographs, surveillance footage before and during the attack, and defendant's Mirandized jail interview. The exhibits contain personally identifiable information, photographs of the victim and her injuries, medical information and treatment for the victim, sensitive details regarding the impact this incident has had on the victim, and a video of defendant's interview in which he discusses a variety of matters, including at times implicating his PII and medical history as well.

3. On February 13, 2025, defendant's attorney, Elena Sadowsky, informed me that defendant does not oppose the government's request to seal.

4. Should the Court deny this application, the government requests that the Dotson Declaration and Exhibits A through F be returned to the government, without filing of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

this declaration is executed at Los Angeles, California, on February 13, 2025.

*Lindsey Greer Dotson*
_____
LINDSEY GREER DOTSON

2